IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PRATT (JET CORR), INC., | * |
| Plaintiff, | * |
| v. | Case No.  7:19-CV-57(HL) |
| | * |
| GAMBOA BROTHERS, INC. and WEST COAST MUSHROOMS, LLC, | * |
| Defendants. | * |

## **J U D G M E N T**

A default having been entered on the 24th day of May 2019 against the Defendant Gamboa Brothers, Inc., in the above case, all in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedures, and counsel for Plaintiff having requested judgment against said defaulted Defendant and having filed a proper affidavit as to the amount due from said Defendant to the Plaintiff;

Pursuant to Rule 55(b)(1), DEFAULT JUDGMENT is hereby entered hereby against Defendant Gamboa Brothers, Inc. in the amount of $200,927.61, plus post judgment interest at the prevailing legal rate until paid in full.  Plaintiff shall also recover costs of this action.

This 28th day of May, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk